# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT FERRETTI,<br><br>                      Plaintiff,<br><br>      v.<br><br>PLANNING BOARD OF THE<br>BOROUGH OF ROCKLEIGH, et al.,<br><br>                     Defendants. | **Civil Action No. 22-04781-KSH-AME**<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the February 18, 2025 letter request by Richard Ravin, Esq., of Hartman & Winnicki, P.C., appearing as counsel, for an order permitting Plaintiff Robert Ferretti ("Plaintiff") to substitute as Plaintiff pro se and for the firm of Hartman & Winnicki, P.C., Daniel Schmutter, Esq., and Richard Ravin, Esq. (together, "Counsel") to withdraw as counsel for Plaintiff [D.E. 51]; and

**WHEREAS**, because Local Civil Rule 102.1 provides that "[u]nless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court," *see* L. Civ. R. 102.1(a), the Court construes Counsel's February 18 letter as a motion to withdraw as counsel pursuant to Local Civil Rule 102.1; and

**WHEREAS**, on February 20, 2025, the Court held a telephonic status with the attendance and participation of Plaintiff and Defendants; and

**WHEREAS** Plaintiff had no objection to Counsel's request to withdraw and to proceeding pro se in this matter. Plaintiff furthermore acknowledged his obligations to meet the imminent deadlines in this case; and

**WHEREAS** Defendants expressed no objection to Counsel's withdrawal so long as such withdrawal did not unduly delay the deadlines set forth in this Court's February 13, 2025 Order at D.E. 50; and for good cause shown, therefore

**IT IS** on this 3rd day of March 2025,

**ORDERED** that, for the reasons set forth on the record during the February 20 status conference, the request by the firm of Hartman & Winnicki, P.C., Daniel Schmutter, Esq. and Richard Ravin, Esq. to withdraw as counsel for Plaintiff is **GRANTED**; and it is further

**ORDERED** that Counsel shall comply with their obligations under RPC 1.16(d), as adopted by Local Civil Rule 103.1; and it is further

**ORDERED** that Counsel shall serve a copy of this Order on Plaintiff within three business days of the date of this Order; and it is further

**ORDERED** that Plaintiff having stated on the record during the February 20 conference his consent to appearing pro se and his acknowledgment of the imminent deadlines and obligations, Plaintiff is hereby deemed to have entered his appearance pro se in this matter; and it is further

**ORDERED** that Plaintiff shall contact the Office of the Clerk of the Court forthwith for guidance on how to submit documents to be filed on CM/ECF.

                                                /s/ *André M. Espinosa*
                                          ANDRÉ M. ESPINOSA, U.S.M.J.